```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH VOLFMAN,

                Plaintiff,

-against-

SUGAR WOOD NY LLC
and BLDG PRINCE LLC,

                Defendants.

24 Civ. 6561 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

    On September 3, 2024, the Court ordered the parties to submit a joint letter and proposed case management plan by November 4, 2024. ECF No. 7. Those submissions are now overdue. Additionally, Defendants have not appeared in this action.

    Accordingly, by **December 3, 2024**, the parties shall submit their joint letter and proposed case management plan.

    SO ORDERED.

Dated: November 13, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge