# Littler

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/2024

Theo E.M. Gould
212.497.8489 direct
212.583.9600 main
646.417.7611 fax
tgould@littler.com

December 18, 2024

**VIA ECF**

Hon. Analisa Torres
U.S. District Judge
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     *Volfman v. Sugar Wood NY LLC, et al.*, Case No. 1:24-cv-06561-AT

Dear Judge Torres:

We represent Defendant BLDG Prince LLC in the above-referenced matter. We write pursuant to Your Honor's Individual Practice 1.C to request an extension of time for BLDG to answer Plaintiff's Complaint through and including January 24, 2025, and for the parties to submit their joint letter and proposed case management plan through and including January 31, 2025. Per the docket, BLDG's answer is currently due on December 26, 2024, and the joint letter and proposed case management plan are due on January 3, 2025. Dkt. No. 12, 14.

This is BLDG's first request for an extension for its Answer. Plaintiff has consented to this request. The requested extension would provide BLDG with additional time, especially given the holidays, to investigate the allegations in the Complaint and prepare its response and for the parties to confer regarding case management.

We thank the Court for its time and consideration of this request.

GRANTED.

SO ORDERED.

Dated: December 19, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge